# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LIZZETTA McCONNELL, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 16-00002-WS-N |
| ) | |
| USA HEALTHCARE ) | |
| MANAGEMENT, LLC, ) | |
|     Defendant. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 47) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), and dated March 7, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that all claims not previously dismissed under Federal Rule of Civil Procedure 12(b)(6) (*see* Doc. 26) are **DISMISSED without prejudice** under Federal Rules of Civil Procedure 16(f)(1)(C), 37(b)(2)(A)(v), 37(d)(3), and 41(b), and under the Court's inherent power to manage its docket.

Final judgment shall be entered by separate document in accordance with Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 4th day of April, 2017.

                                              s/WILLIAM H. STEELE
                                              **UNITED STATES DISTRICT JUDGE**