# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LIZZETTA McCONNELL,  )  | |
|     Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 16-00002-WS-N |
| ) | |
| USA HEALTHCARE  ) | |
| MANAGEMENT, LLC,  ) | |
|     Defendant.  ) | |

## JUDGMENT

In accordance with the Order entered on this date adopting the Magistrate Judge's recommendation and the Order entered August 3, 2016, dismissing certain claims under Federal Rule of Civil Procedure 12(b)(6) (Doc. 26), it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant and against the Plaintiff on all claims, such that all claims dismissed under Rule 12(b)(6) are **DISMISSED with prejudice** and all other claims are **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the 4th day of April, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE